UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 17-2594


Jutrowski v. Twp. of Riverdale
(D.N.J. 2-13-cv-07351)


**ORDER**


At the direction of the Court, the opinion filed on September 12, 2018 is vacated. An amended opinion has been filed, which corrects the attorneys listed as counsel for the State of New Jersey, Jeffrey Heimbach, James Franchino, and Col. Rick Fuentes and spacing errors. No substantive change has been made to the opinion. As the amendments do not affect the judgment, the time for filing a petition for rehearing remains the same.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 14, 2018

kr/cc: Robert J. DeGroot, Esq.
       Matthew J. Lynch, Esq.
       Robert P. Preuss, Esq.
       Anthony P. Seijas, Esq.